UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ELEXIS SMITH-CLAYBORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08CV0003 MLM |
| ) | |
| PENNY SCHONEBOOM, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this <u>24th</u> Day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE